# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USAA FEDERAL SAVINGS BANK, | : | |
| *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 19-3607 |
| | : | |
| ALEX BELFI, | : | |
| *Defendant*. | : | |

## ORDER

AND NOW, this 28th day of September, 2020, upon consideration of Plaintiff's Motion to Remand (ECF No. 7) and Defendant's Response in Opposition thereto (ECF No. 13), and for the reasons set forth in the Court's accompanying Memorandum, it is hereby ORDERED that Plaintiff's Motion is GRANTED. It is FURTHER ORDERED as follows:

1. The above-captioned case shall be remanded to the Philadelphia Court of Common Pleas.

2. Plaintiff's Motion to Dismiss Defendant's Counterclaim (ECF No. 19) is DENIED as MOOT.

3. The Clerk of Court shall mark this matter CLOSED for statistical and all other purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II      J.